WILLIAM J. KERIN *v.* CITY PLANNING COMMISSION, TOWN OF BRISTOL

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*Paul G. Cavaliere,* for the appellee (plaintiff).

No appearance for the appellant (defendant).

Argued December 7—decided December 7, 1971

MARIA COSTA *v.* HORN CONSTRUCTION, INC., ET AL.

The motion by the named defendant to direct the trial court to make certain requested findings in the appeal from the Superior Court in Hartford County is denied.

*George A. Downing,* in support of the motion.

Submitted December 8—decided December 8, 1971

STATE OF CONNECTICUT *v.* HARRY HADDAD

The motion by the defendant for further reduction of his bond on appeal from the Superior Court in Windham County is denied since it does not appear that the trial court abused its discretion in fixing the amount of the bond.

*Harry Haddad,* pro se, in support of the motion.

Submitted November 23—decided December 10, 1971